IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| Courtroom Deputy: | Patricia Glover | Date: April 30, 2010 |
|---|---|---|
| Court Reporter: | Paul Zuckerman | |
| Probation Officer: | Caryl Ricca | |

Criminal Action No. 08-cr-00458-MSK

*Parties*:                                                              *Counsel*:

UNITED STATES OF AMERICA,                      Tim Neff

       Plaintiff,

v.

LOUANN SAVALA,                                              John Tatum

       Defendant.

---

### SENTENCING MINUTES
---

**8:45 a.m.**     **Court in session**.

Defendant present on bond.

**Change of Plea Hearing on October 29, 2009.  Defendant pled guilty to Count 20 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do** request departure (**Doc. #242, #236**).  Argument by counsel Neff and Tatum.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). (**Doc. #237**).  Argument by Mr. Tatum.

**9:11 a.m.**     **Court in recess**
**9:16 a.m.**     **Court in session**

Continued argument by Mr. Tatum.  The Government objects.

Allocution. - Statements made by: The Government, the defendant and defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Motion for Downward Departure (**Doc. #242**) is **GRANTED.**
Defendant's Motion for Departure (**Doc. #236**) is **GRANTED**.
Defendant's Motion for Non-Guideline Sentence (**Doc. #237**) is **DENIED.**

**ORDER:** **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant shall self surrender to the facility designated by the United States Bureau of Prisons before noon on **June 7, 2010.**

**ORDER:** Bond will be exonerated upon defendant's self surrender to the facility designated by the Bureau of Prisons.

**10:01 a.m.** **Court in recess.**

Total Time: 1 hour 11minutes
Hearing concluded.